| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Campbell, Tena | 2. Court or Organization United States District Court-District of Utah | 3. Date of Report 05/05/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address Frank E. Moss Courthouse 350 South Main Street, Rm 235 Salt Lake City, UT 84101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2008 MAY 12 A 11: 30 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/05/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/05/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allianz NFJ Divivdend Value | | None | J | T | | | | | |
| 2. Davis New York Venture | | None | J | T | | | | | |
| 3. American Funds Euro Pacific Fund | | None | J | T | | | | | |
| 4. American Funds Growth Fund of America | | None | J | T | | | | | |
| 5. John Hancock Capital Series Fund | | None | J | T | | | | | |
| 6. Third Ave Value Fund | | None | J | T | | | | | |
| 7. American Funds Washington Mutual Fund | | None | J | T | | | | | |
| 8. Allianz NFJ Divivdend Value | | None | | T | Sell | 1/07 | J | A | |
| 9. Davis New York Venture | | None | | T | Sell | 1/07 | J | A | |
| 10. American Funds Euro Pacific Fund | | None | | T | sell | 7/07 | J | A | |
| 11. American Funds Growth Fund of America | | None | | T | sell | 5/07 | J | A | |
| 12. John Hancock Capital Series Fund | | None | | T | sell | 5/07 | J | A | |
| 13. Third Ave Value Fund | | None | | T | sell | 5/07 | J | A | |
| 14. American Funds Washington Mutual Fund | | None | | T | sell | 1/07 | J | A | |
| 15. Allianz NFJ Divivdend Value | | None | | T | Buy | 3/07 | J | | |
| 16. Davis New York Venture | | None | | T | Buy | 12/07 | J | | |
| 17. American Funds Euro Pacific Fund | | None | | T | Buy | 12/07 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds Growth Fund of America | | None | | T | Buy | 12/07 | J | | |
| 19. John Hancock Capital Series Fund | | None | | T | Buy | 12/07 | J | | |
| 20. Third Ave Value Fund | | None | | T | Buy | 12/07 | J | | |
| 21. American Funds Washington Mutual Fund | | None | | T | Buy | 12/07 | J | | |
| 22. Abbott labs | | None | J | T | | | | | |
| 23. Aflac | | None | J | T | | | | | |
| 24. American International Group | | None | J | T | | | | | |
| 25. Analog Devices | | None | J | T | | | | | |
| 26. Archer Daniels Midland | | None | J | T | | | | | |
| 27. Automatic Data Processing | | None | J | T | | | | | |
| 28. Avon Products | | None | J | T | | | | | |
| 29. Bank of America | | None | J | T | | | | | |
| 30. Chevron | | None | J | T | | | | | |
| 31. Citigroup | | None | J | T | | | | | |
| 32. Conoco Phillips | | None | J | T | | | | | |
| 33. Eli Lilly | | None | J | T | | | | | |
| 34. Emerson Electric | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Exxon Mobil | | None | J | T | | | | | |
| 36. General Dynamics | | None | J | T | | | | | |
| 37. General Electric | | None | J | T | | | | | |
| 38. Hartford Financial | | None | J | T | | | | | |
| 39. Illinois Tool works | | None | J | T | | | | | |
| 40. IBM | | None | J | T | | | | | |
| 41. Johnson and Johnson | | None | J | T | | | | | |
| 42. Lowes | | None | J | T | | | | | |
| 43. Mc Donalds | | None | J | T | | | | | |
| 44. Mcgraw Hill | | None | J | T | | | | | |
| 45. Microchip Technology | | None | J | T | | | | | |
| 46. Nike | | None | J | T | | | | | |
| 47. Nordstrom | | None | J | T | | | | | |
| 48. Pepsico | | None | J | T | | | | | |
| 49. Praxair | | None | J | T | | | | | |
| 50. T.Rowe Price | | None | J | T | | | | | |
| 51. Procter and Gamble | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. State Street Corp | | None | J | T | | | | | |
| 53. Target Corp | | None | J | T | | | | | |
| 54. United Technologies | | None | J | T | | | | | |
| 55. Wachovia | | None | J | T | | | | | |
| 56. 3M | | None | J | T | | | | | |
| 57. Diageo | | None | J | T | | | | | |
| 58. Teva | | None | J | T | | | | | |
| 59. Total SA | | None | J | T | | | | | |
| 60. BP | | None | | T | Sell | 1/07 | J | A | |
| 61. 3M | | None | | T | Sell | 4/07 | J | A | |
| 62. Ambac | | None | | T | Sell | 10/07 | J | A | |
| 63. Automatic Data Processing | | None | | T | Sell | 12/07 | J | A | |
| 64. Bank of America | | None | | T | Sell | 4/07 | J | A | |
| 65. Broadridge Financial | | None | | T | Sell | 6/07 | J | A | |
| 66. Colgate Palmolive | | None | | T | Sell | 11/07 | J | A | |
| 67. Dover Corp | | None | | T | Sell | 10/07 | J | A | |
| 68. General Dynamics | | None | | T | Sell | 4/07 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Lehman Brothers | | None | | T | Sell | 2/07 | J | A | |
| 70. Marriott International | | None | | T | Sell | 3/07 | J | B | |
| 71. Marshall & Ilsley | | None | | T | Sell | 1/07 | J | A | |
| 72. Medtronic | | None | | T | Sell | 10/07 | J | A | |
| 73. Nike | | None | | T | Sell | 10/07 | J | A | |
| 74. Northern Trust | | None | | T | Sell | 12/07 | J | A | |
| 75. Pepsico | | None | | T | Sell | 2/07 | J | A | |
| 76. Praxair | | None | | T | Sell | 8/07 | J | A | |
| 77. Rohm & Hass | | None | | T | Sell | 4/07 | J | A | |
| 78. Sysco Corp | | None | | T | Sell | 6/07 | J | A | |
| 79. Wal Mart | | None | | T | Sell | 5/07 | J | A | |
| 80. Wells Fargo | | None | | T | Sell | 10/07 | J | A | |
| 81. Walgreens | | None | | T | Sell | 10/07 | J | A | |
| 82. Federated Cash Money Market | | None | J | T | | | | | |
| 83. Aflac | | None | | T | Buy | 1/07 | J | | |
| 84. United Technologies | | None | | T | Buy | 1/07 | J | | |
| 85. Johnson Johnson | | None | | T | Buy | 1/07 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Automatic Data Processing | | None | | T | Buy | 2/07 | J | | |
| 87. IBM | | None | | T | Buy | 2/07 | J | | |
| 88. Nike | | None | | T | Buy | 2/07 | J | | |
| 89. Ambac | | None | | T | Buy | 3/07 | J | | |
| 90. Eli Lilley | | None | | T | Buy | 4/07 | J | | |
| 91. McGraw Hill | | None | | T | Buy | 4/07 | J | | |
| 92. Diageo | | None | | T | Buy | 4/07 | J | | |
| 93. Lowes | | None | | T | Buy | 5/07 | J | | |
| 94. Nordstrom | | None | | T | Buy | 6/07 | J | | |
| 95. Analog Devices | | None | | T | Buy | 8/07 | J | | |
| 96. Avon | | None | | T | Buy | 9/07 | J | | |
| 97. Medtronic | | None | | T | Buy | 10/07 | J | | |
| 98. Mc Donalds | | None | | T | Buy | 10/07 | J | | |
| 99. Conoco Phillips | | None | | T | Buy | 10/07 | J | | |
| 100. 3M | | None | | T | Buy | 10/07 | J | | |
| 101. Illinois Tool Works | | None | | T | Buy | 11/07 | J | | |
| 102. Wachovia | | None | | T | Buy | 12/07 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Archer Daniels Midland | | None | | T | Buy | 12/07 | J | | |
| 104. Archer Daniels Midland | | None | K | T | | | | | |
| 105. Brush Engineered Metals | | None | J | T | | | | | |
| 106. Chesapeake Energy | | None | K | T | | | | | |
| 107. Daktronics | | None | J | T | | | | | |
| 108. Diebold | | None | J | T | | | | | |
| 109. Fedex | | None | J | T | | | | | |
| 110. Fortune Brands | | None | K | T | | | | | |
| 111. Gannett | | None | J | T· | | | | | |
| 112. Kraft | | None | K | T | | | | | |
| 113. Mdu Resources | | None | K | T | | | | | |
| 114. Newmont Mining | | None | K | T | | | | | |
| 115. Pride Intl | | None | K | T | | | | | |
| 116. Regis | | None | J | T | | | | | |
| 117. Secure Computing | | None | J | T | | | | | |
| 118. URS Corp | | None | K | T | | | | | |
| 119. Wabtec | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. 3M | | None | K | T | | | | | |
| 121. Cemex | | None | K | T | | | | | |
| 122. Encana | | None | K | T | | | | | |
| 123. Goldcorp | | None | K | T | | | | | |
| 124. Sony | | None | K | T | | | | | |
| 125. Armor Holdings | | None | | T | Sell | 4/07 | J | B | |
| 126. Laureate Education | | None | | T | Sell | 6/07 | K | B | |
| 127. Mdu Resources | | None | | T | Sell | 6/07 | J | C | |
| 128. Patterson Companies | | None | | T | Sell | 5/07 | J | A | |
| 129. Xerox | | None | | T | Sell | 5/07 | J | A | |
| 130. Archer Daniels | | None | | T | Buy | 2/07 | J | | |
| 131. URS | | None | | T | Buy | 3/07 | J | | |
| 132. Kraft | | None | | T | Buy | 3/07 | K | | |
| 133. Newmont Mining | | None | | T | Buy | 4/07 | J | | |
| 134. Goldcorp | | None | | T | Buy | 4/07 | J | | |
| 135. Pride Intl | | None | | T | Buy | 4/07 | J | | |
| 136. Secure Computing | | None | | T | Buy | 5/07 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Cemex | | None | | T | Buy | 5/07 | J | | |
| 138. Chesapeake Energy | | None | | T | Buy | 5/07 | K | | |
| 139. Daktronics | | None | | T | Buy | 5/07 | J | | |
| 140. Secure Computing | | None | | T | Buy | 5/07 | J | | |
| 141. Brush engineered Metals | | None | | T | Buy | 6/07 | J | | |
| 142. Fedex | | None | | T | Buy | 7/07 | J | | |
| 143. Allianz High 5 L | | None | M | T | | | | | |
| 144. Federated Cash Management Trust | | None | K | T | | | | | |
| 145. Federated Cash Management Trust | | None | J | T | | | | | |
| 146. Federated Cash Management Trust | | None | J | T | | | | | |
| 147. Federated Cash Management Trust | | None | J | T | | | | | |
| 148. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/05/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544